**Order entered May 11, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01277-CR

**FELIPE DEJESUS BLANCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80771-2015**

## ORDER

The Court **GRANTS** appellant's section motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/    ADA BROWN
JUSTICE